In the Matter of the Claim of CARRIE CLABAUGH et al., Respondents, against HOWITT-WOOD RADIO CO., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 11, 1933; decided January 27, 1933.)

*Jeremiah F. Connor* and *Peter P. Corcoran* for appellants. *John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.